

# United States District Court
# Eastern District of California

| State of Nebraska, et al. | |
|---|---|

Plaintiff(s)

Case Number: | 2:24-cv-01364 |

V.

| Steven S. Cliff, in his official capacity, et al. | |
|---|---|

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Eric H. Wessan _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:
State of Iowa

On ____01/22/2020____ (date), I was admitted to practice and presently in good standing in the
____N.D.___ Illinois _____ (court). A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

Date: ____05/15/2024____          Signature of Applicant: /s/ ___Eric Wessan___

**Pro Hac Vice Attorney**

Applicant's Name: Eric H. Wessan

Law Firm Name: Iowa Attorney General

Address: 1309 E. Walnut Street

City: Des Moines   State: IA   Zip: 50319

Phone Number w/Area Code: (515) 823-9117

City and State of Residence: Des Moines, Iowa

Primary E-mail Address: eric.wessan@ag.iowa.gov

Secondary E-mail Address: wessan.eric@gmail.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Eric J. Hamilton

Law Firm Name: Nebraska Department of Justice

Address: 2115 State Capitol

City: Lincoln   State: NE   Zip: 68509

Phone Number w/Area Code: (402) 471-2683   Bar # CA 296283

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: May 16, 2024          /s/ John A. Mendez

                             JUDGE, U.S. DISTRICT COURT