

United States District Court
Eastern District of California

| Plaintiff(s): State of Nebraska, et al. | Case Number: 2:24-cv-01364 |

V.

| Defendant(s): Steven S. Cliff, in his official capacity, et al. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **Stephen J. Petrany** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: **State of Georgia**

On **11/22/2021** (date), I was admitted to practice and presently in good standing in the **Supreme Court of Georgia** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: **05/15/2024**     Signature of Applicant: /s/ **Stephen J. Petrany**

**Pro Hac Vice Attorney**

Applicant's Name: Stephen J. Petrany

Law Firm Name: Georgia Department of Law; Solicitor General

Address: 40 Capitol Square S.W.

City: Atlanta    State: GA    Zip: 30334

Phone Number w/Area Code: (404) 458-3408

City and State of Residence: Dunwoody, Georgia

Primary E-mail Address: spetrany@law.ga.gov

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Eric J. Hamilton

Law Firm Name: Nebraska Department of Justice

Address: 2115 State Capitol

City: Lincoln    State: NE    Zip: 68509

Phone Number w/Area Code: (402) 471-2683    Bar #: CA 296283

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: May 16, 2024

/s/ John A. Mendez
JUDGE, U.S. DISTRICT COURT