

# United States District Court
# Eastern District of California

| | |
|---|---|
| State of Nebraska, et al. | Case Number: 2:24-cv-01364 |
| Plaintiff(s) | |
| V. | |
| Steven S. Cliff, in his official capacity, et al. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Justin D. Smith hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Arizona State Legislature

On 09/15/2010 (date), I was admitted to practice and presently in good standing in the Supreme Court of Missouri (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 05/16/2024          Signature of Applicant: /s/ Justin D. Smith

**Pro Hac Vice Attorney**

Applicant's Name: Justin D. Smith

Law Firm Name: James Otis Law Group

Address: 13321 North Outer Forty Road, Suite 300

City: St. Louis   State: MO   Zip: 63017

Phone Number w/Area Code: (816) 678-2103

City and State of Residence: New Bloomfield, Missouri

Primary E-mail Address: Justin.Smith@james-otis.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Eric J. Hamilton

Law Firm Name: Nebraska Department of Justice

Address: 2115 State Capitol

City: Lincoln   State: NE   Zip: 68509

Phone Number w/Area Code: (402) 471-2683   Bar #: CA 296283

**ORDER**

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: May 16, 2024

/s/ John A. Mendez
JUDGE, U.S. DISTRICT COURT