

# United States District Court
# Eastern District of California

| | |
|---|---|
| State of Nebraska, et al. | Case Number: 2:24-cv-01364 |
| Plaintiff(s) | |
| V. | APPLICATION FOR PRO HAC VICE AND ORDER |
| Steven S. Cliff, in his official capacity, et al. | |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Joseph D. Spate hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

State of South Carolina

On 11/27/2018 (date), I was admitted to practice and presently in good standing in the State of South Carolina (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date: 05/20/2024           Signature of Applicant: /s/ Joseph D. Spate

---

**Pro Hac Vice Attorney**

Applicant's Name: Joseph D. Spate
Law Firm Name: Office of the South Carolina Attorney General
Address: 1000 Assembly Street

City: Columbia   State: SC   Zip: 29201
Phone Number w/Area Code: (803) 734-3371
City and State of Residence: Lexington, SC
Primary E-mail Address: josephspate@scag.gov
Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Eric J. Hamilton
Law Firm Name: Nebraska Department of Justice
Address: 2115 State Capitol

City: Lincoln   State: NE   Zip: 68509
Phone Number w/Area Code: (402) 471-2683   Bar #: CA 296283

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: June 3, 2024

JUDGE, U.S. DISTRICT COURT