

# United States District Court
# Eastern District of California

| | |
|---|---|
| State of Nebraska, et al. | Case Number: 2:24-cv-01364-TLN-CKD |
| Plaintiff(s) | |
| V. | APPLICATION FOR PRO HAC VICE AND ORDER |
| Steven S. Cliff, in his official capacity, et al. | |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Garry M. Gaskins, II hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: State of Oklahoma

On 06/14/2024 (date), I was admitted to practice and presently in good standing in the The Supreme Court of the State of Oklahoma (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 06/14/2024          Signature of Applicant: /s/ Garry M. Gaskins, II

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Garry M. Gaskins, II |
| Law Firm Name: | Office of Oklahoma Attorney General |
| Address: | 313 NE 21st Street |
| City: | Oklahoma City   State: OK   Zip: 73105 |
| Phone Number w/Area Code: | (405) 521-3921 |
| City and State of Residence: | Tulsa, OK |
| Primary E-mail Address: | Garry.Gaskins@oag.ok.gov |
| Secondary E-mail Address: | Maranda.Spears@oag.ok.gov |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Eric J. Hamilton |
| Law Firm Name: | Nebraska Department of Justice |
| Address: | 2115 State Capitol |
| City: | Lincoln   State: NE   Zip: 68509 |
| Phone Number w/Area Code: | (402) 471-2683   Bar # CA 296283 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: June 14, 2024

_[signature]_
JUDGE, U.S. DISTRICT COURT

# IN THE SUPREME COURT OF THE STATE OF OKLAHOMA

## CERTIFICATE

I, John D. Hadden, Clerk of the Supreme Court of the State of Oklahoma, do hereby certify that Garry M. Gaskins, II, of Oklahoma City, Oklahoma, was admitted to practice in the Supreme Court of the State of Oklahoma upon exam, on September 28, 2004, and is now an attorney and counselor at law in good standing at the Bar of said State.

**WITNESS**, my hand and the Seal of the Supreme Court of the State of Oklahoma, this the 11th day of June, 2024.

JOHN D. HADDEN, CLERK
SUPREME COURT OF OKLAHOMA

S-E-A-L

By: [signature]