

United States District Court
Eastern District of California

| Plaintiff(s): State of Nebraska, et al. | Case Number: 2:24-cv-01364-TLN-CKD |

V.

| Defendant(s): Steven S. Cliff, in his official capacity, et al. | APPLICATION FOR PRO HAC VICE AND ORDER |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Jennifer L. Lewis hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: State of Oklahoma

On 06/14/2024 (date), I was admitted to practice and presently in good standing in the The Supreme Court of the State of Oklahoma (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 06/14/2024     Signature of Applicant: /s/ Jennifer L. Lewis

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Jennifer L. Lewis |
| Law Firm Name: | Office of Oklahoma Attorney General |
| Address: | 313 NE 21st Street |
| City: | Oklahoma City     State: OK     Zip: 73105 |
| Phone Number w/Area Code: | (405) 521-3921 |
| City and State of Residence: | Newcastle, OK |
| Primary E-mail Address: | Jennifer.Lewis@oag.ok.gov |
| Secondary E-mail Address: | Maranda.Spears@oag.ok.gov |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Eric J. Hamilton |
| Law Firm Name: | Nebraska Department of Justice |
| Address: | 2115 State Capitol |
| City: | Lincoln     State: NE     Zip: 68509 |
| Phone Number w/Area Code: | (402) 471-2683     Bar #: CA 296283 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: June 14, 2024

_____
JUDGE, U.S. DISTRICT COURT

# IN THE SUPREME COURT OF THE STATE OF OKLAHOMA

## CERTIFICATE

I, John D. Hadden, Clerk of the Supreme Court of the State of Oklahoma, do hereby certify that Jennifer Lewis, of Oklahoma City, OK, was admitted to practice in the Supreme Court of the State of Oklahoma upon Exam, on September 20, 2016, and is now an attorney and counselor at law in good standing at the Bar of said State, and has been for the three years next preceding.

**WITNESS**, my hand and the Seal of the Supreme Court of the State of Oklahoma, this the 29th day of March, 2023.

S-E-A-L

JOHN D. HADDEN, CLERK
SUPREME COURT OF OKLAHOMA

By: _____