ERIC J. HAMILTON (CA 296283)
ZACHARY B. POHLMAN*
Nebraska Department of Justice
2115 State Capitol
Lincoln, Nebraska 68509
Tel.: (402) 471-2683
Fax: (402) 471-3297
*Pro hac vice application granted

Counsel for Plaintiff State of Nebraska

Additional counsel listed in signature block

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **STATE OF NEBRASKA, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board; and ROB BONTA, in his official capacity as the Attorney General of the State of California,**<br><br>Defendants. | 2:24-cv-01364-TLN-CKD<br><br>**STIPULATION TO EXTEND TIME FOR PARTIES TO CONFER UNDER RULE 26(F) AND [PROPOSED] ORDER**<br><br>Judge:         Hon. Troy Nunley<br>Trial Date:   Not Set<br>Action Filed: May 13, 2024 |

Under Local Rule 144, Plaintiffs Nebraska et al. and Defendants Steven S. Cliff and Rob Bonta, in their official capacities (collectively, Defendants), hereby stipulate to extend the time to confer under Federal Rule of Civil Procedure 26(f), as follows:

1. Plaintiffs filed the Complaint in this action on May 13, 2024.

2. On May 16, 2024, Plaintiffs requested that Defendants waive service under Federal Rule of Civil Procedure 4(d)(1), and Defendants agreed.

3. By operation of Federal Rule of Civil Procedure 4(d)(3), Defendants' responsive pleading is due July 15, 2024.

4. On June 7, 2024, the parties filed a joint stipulation to extend the time for Defendants to respond to the Complaint by 16 days to July 31, 2024. ECF No. 49.

5. Defendants first appeared on May 24, 2024, when they filed their Notice of Related Cases. ECF No. 26.

6. Under Federal Rule of Civil Procedure 26(f)(1), the Rule 26(f) conference is to be held at least 21 days before the Rule 16(b) scheduling order is to be issued. By operation of Federal Rule of Civil Procedure 16(b), the Rule 16(b) scheduling order is due 60 days from the date of Defendants' first appearance. That deadline is July 23, 2024. Thus, the current deadline to hold the Rule 26(f) conference is July 2, 2024.

7. At the conference, the parties are directed, *inter alia*, to "consider the nature and basis of their claims and defenses" and "develop a proposed discovery plan." Fed. R. Civ. P. 26(f)(2).

8. On or before the deadline to respond to the Complaint, Defendants intend to file a motion to dismiss.

9. The parties believe that it would be more efficient for the parties to confer about discovery plans after Defendants' motion to dismiss is resolved and the pleadings are settled.

10. No previous extensions to hold the Rule 26(f) conference have been sought.

11. Accordingly, the parties stipulate to extend the deadline to hold the Rule 26(f) conference within 30 days after Defendants' motion to dismiss is resolved.

| | |
|---|---|
| Dated: July 1, 2024 | Respectfully submitted. |
| MICHAEL T. HILGERS<br>Attorney General of Nebraska | ROB BONTA<br>Attorney General of California<br>MYUNG J. PARK<br>*Supervising Deputy Attorney General*<br>M. ELAINE MECKENSTOCK<br>DAVID M. MEEKER<br>*Deputy Attorneys General* |
| /s/ Eric J. Hamilton<br>ERIC J. HAMILTON (CA 296283)<br>*Solicitor General*<br>ZACHARY B. POHLMAN*†<br>*Assistant Solicitor General*<br>Nebraska Department of Justice<br>2115 State Capitol<br>Lincoln, Nebraska 68509<br>Tel.: (402) 471-2683<br>Fax: (402) 471-3297<br>eric.hamilton@nebraska.gov<br>zachary.pohlman@nebraska.gov | /s/ Benjamin P. Lempert (as authorized on 6/28/2024)<br>BENJAMIN P. LEMPERT (CA 344239)<br>*Deputy Attorney General*<br>300 S. Spring St., Suite 1702<br>Los Angeles, CA 90013<br>Tel.: (213) 269-6731<br>Fax: (510) 622-2270<br>Benjamin.lempert@doj.ca.gov |
| *Counsel for Plaintiffs State of Nebraska, State of Alabama, Arizona State Legislature, State of Georgia, State of Idaho, State of Indiana, State of Iowa, State of Kansas, State of Louisiana, State of Missouri, State of Montana, State of Oklahoma, State of South Carolina, State of Utah, State of West Virginia, and State of Wyoming* | *Attorneys for Defendants Steven S. Cliff and Rob Bonta, in their official capacities* |

| | |
|---|---|
| STEVE MARSHALL<br>Attorney General of Alabama | ARIZONA STATE LEGISLATURE |
| | WARREN PETERSEN<br>President of the Arizona State Senate |
| ROBERT M. OVERING*<br>*Deputy Solicitor General*<br>Office of the Attorney General<br>State of Alabama<br>501 Washington Avenue<br>P.O. Box 300152<br>Montgomery, Alabama 36130-0152<br>Tel.: (334) 242-7300<br>Fax: (334) 353-8400<br>robert.overing@alabamaag.gov | BEN TOMA<br>Speaker of the Arizona House of Representatives<br><br>JUSTIN D. SMITH*<br>James Otis Law Group, LLC<br>13321 North Outer Forty Road, Suite 300<br>St. Louis, Missouri 63017<br>Tel.: (816) 678-2103<br>justin.smith@james-otis.com |
| *Counsel for Plaintiff State of Alabama* | *Counsel for Plaintiff Arizona State Legislature* |
| TIM GRIFFIN<br>Attorney General of Arkansas | CHRISTOPHER M. CARR<br>Attorney General of Georgia |
| /s/ Nicholas J. Bronni (as authorized on 6/28/2024)<br>NICHOLAS J. BRONNI (CA 243337)<br>*Solicitor General*<br>DYLAN L. JACOBS*<br>*Deputy Solicitor General*<br>Office of the Arkansas Attorney General<br>323 Center Street, Suite 200<br>Little Rock, Arkansas 72201<br>Tel.: (501) 682-2007<br>dylan.jacobs@arkansasag.gov | STEPHEN J. PETRANY*<br>*Solicitor General*<br>Office of the Attorney General<br>40 Capitol Square, SW<br>Atlanta, Georgia 30334<br>Tel.: (404) 458-3408<br>spetrany@law.ga.gov<br><br>*Counsel for Plaintiff State of Georgia* |
| *Counsel for Plaintiff State of Arkansas* | |

RAÚL R. LABRADOR
Attorney General of Idaho

ALAN M. HURST*
*Solicitor General*
Office of the Idaho Attorney General
P.O. Box 83720
Boise, Idaho 83720
Tel.: (208) 334-2400
alan.hurst@ag.idaho.gov

*Counsel for Plaintiff State of Idaho*

BRENNA BIRD
Attorney General of Iowa

ERIC H. WESSAN*
*Solicitor General*
1305 E. Walnut Street
Des Moines, Iowa 50319
Tel.: (515) 823-9117
Fax: (515) 281-4209
eric.wessan@ag.iowa.gov

*Counsel for Plaintiff State of Iowa*

THEODORE E. ROKITA
Attorney General of Indiana

JAMES A. BARTA*
*Solicitor General*
Indiana Attorney General's Office
IGCS – 5th Floor
302 W. Washington St.
Indianapolis, Indiana 46204
Tel.: (317) 232-0709
james.barta@atg.in.gov

*Counsel for Plaintiff State of Indiana*

KRIS W. KOBACH
Attorney General of Kansas

ABHISHEK S. KAMBLI*
*Deputy Attorney General*
Office of the Kansas Attorney General
Memorial Building, 2nd Floor
120 SW 10th Avenue
Topeka, Kansas 66612-1597
Tel.: (785) 296-7109
Fax: (785) 291-3767
abhishek.kambli@ag.ks.gov

*Counsel for Plaintiff State of Kansas*

| | |
|---|---|
| ELIZABETH B. MURRILL<br>Attorney General of Louisiana<br><br>KELSEY L. SMITH*<br>*Deputy Solicitor General*<br>Louisiana Department of Justice<br>1885 N. Third Street<br>Baton Rouge, Louisiana 70804<br>Tel.: (225) 428-7432<br>smithkel@ag.louisiana.gov<br><br>*Counsel for Plaintiff State of Louisiana* | ANDREW BAILEY<br>Attorney General of Missouri<br><br>CALEB RUTLEDGE*<br>*Assistant Attorney General*<br>Attorney General's Office of Missouri<br>Post Office Box 899<br>Jefferson City, Missouri 65102<br>Tel.: (573) 751-0812<br>Fax: (573) 751-0774<br>caleb.rutledge@ago.mo.gov<br><br>*Counsel for Plaintiff State of Missouri* |
| AUSTIN KNUDSEN<br>Attorney General of Montana<br><br>CHRISTIAN B. CORRIGAN*<br>*Solicitor General*<br>PETER M. TORSTENSEN, JR.*<br>*Deputy Solicitor General*<br>Montana Department of Justice<br>215 N. Sanders<br>Helena, Montana 59601<br>christian.corrigan@mt.gov<br>peter.torstensen@mt.gov<br><br>*Counsel for Plaintiff State of Montana* | GENTNER DRUMMOND<br>Attorney General of Oklahoma<br><br>GARRY M. GASKINS, II*<br>*Solicitor General*<br>JENNIFER L. LEWIS*<br>*Deputy Attorney General*<br>Office of the Attorney General<br>of Oklahoma<br>313 NE Twenty-First St.<br>Oklahoma City, Oklahoma 73105<br>Tel.: (405) 521-3921<br>garry.gaskins@oag.ok.gov<br>jennifer.lewis@oag.ok.gov<br><br>*Counsel for Plaintiff State of Oklahoma* |

| | |
|---|---|
| ALAN WILSON<br>Attorney General of South Carolina | SEAN REYES<br>Attorney General of Utah |
| JOSEPH D. SPATE*<br>*Assistant Deputy Solicitor General*<br>1000 Assembly Street<br>Columbia, South Carolina 29201<br>Tel.: (803) 734-3371<br>josephspate@scag.gov<br><br>*Counsel for Plaintiff State of South Carolina* | STANFORD PURSER*<br>*Solicitor General*<br>Office of the Utah Attorney General<br>160 E. 300 S., 5th Floor<br>Salt Lake City, Utah 84111<br>Tel.: (385) 382-4334<br>spurser@agutah.gov<br><br>*Counsel for Plaintiff State of Utah* |
| PATRICK MORRISEY<br>Attorney General of West Virginia | BRIDGET HILL<br>Attorney General of Wyoming |
| MICHAEL R. WILLIAMS*<br>*Principal Deputy Solicitor General*<br>Office of the Attorney General of West Virginia<br>State Capitol Complex<br>Building 1, Room E-26<br>Charleston, West Virginia 25301<br>Tel.: (304) 558-2021<br>michael.r.williams@wvago.gov<br><br>*Counsel for Plaintiff State of West Virginia* | RYAN SCHELHAAS*<br>*Chief Deputy Attorney General*<br>Office of the Wyoming Attorney General<br>109 State Capitol<br>Cheyenne, Wyoming 82002<br>Tel.: (307) 777-5786<br>ryan.schelhaas@wyo.gov<br><br>*Counsel for Plaintiff State of Wyoming* |

/s/ Nathan D. Clark (as authorized on 6/28/2024)
NATHAN D. CLARK*
JESSICA K. ROBINSON*
Cline Williams Wright Johnson & Oldfather
233 South 13 Street
Suite 1900
Lincoln, Nebraska 68508
Tel.: (402) 474-6900
nclark@clinewilliams.com
jrobinson@clinewilliams.com

LANDON D. BAILEY (CA 240236)
Bailey PLC
1200 Suncast Lane, Suite 7
El Dorado Hills, California 95762
Tel.: (916) 713-2580
landon@baileyplc.com

*Counsel for Plaintiff Nebraska Trucking Association*

\* Pro hac vice application granted
† Zachary Pohlman represents the State of Nebraska alone.

**[PROPOSED] ORDER**

Based on the foregoing stipulation of the parties, and for good cause shown, the time for the parties to confer pursuant to Rule 26(f) is hereby extended to 30 days after Defendants' motion to dismiss is resolved.

IT IS SO ORDERED.

Dated: _____

_____
HON. TROY L. NUNLEY
UNITED STATES DISTRICT JUDGE