Rob Bonta, State Bar No. 202668
Attorney General of California
Myung J. Park, State Bar No. 210866
Supervising Deputy Attorney General
Benjamin P. Lempert, State Bar No. 344239
David M. Meeker, State Bar No. 273814
Jonathan A. Wiener, State Bar No. 265006
M. Elaine Meckenstock, State Bar No. 268861
Deputy Attorney General
 1515 Clay Street, 20th Floor
 Oakland, CA 94612-0550
 Telephone: (510) 879-0299
 Fax: (510) 622-2270
 E-mail: Elaine.Meckenstock@doj.ca.gov
*Attorneys for Defendants Steven S. Cliff and Rob Bonta, in their official capacities*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **STATE OF NEBRASKA, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board; and ROB BONTA, in his official capacity as the Attorney General of the State of California,**<br><br>Defendants. | 2:24-cv-01364-TLN-CKD<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR BRIEFING ON DEFENDANTS' MOTION TO DISMISS**<br><br>Judge: Hon. Troy Nunley<br>Trial Date: Not Set<br>Action Filed: May 13, 2024 |

1

Under Local Rule 144, Plaintiffs State of Nebraska, et al. (Plaintiffs) and Defendants Steven S. Cliff and Rob Bonta, in their official capacities (Defendants) (collectively, Parties), hereby stipulate to a briefing schedule for Plaintiffs' opposition to, and Defendants' reply on, Defendants' anticipated Motion to Dismiss, as follows:

1. Plaintiffs filed the Complaint in this action on May 13, 2024.

2. On June 7, 2024, the Parties stipulated to extend Defendants' deadline to respond to the Complaint from July 15, 2024 to July 31, 2024. *See* ECF No. 49.

3. Defendants intend to move to dismiss Plaintiffs' Complaint.

4. Under the Court's Local Rules, Plaintiffs' opposition to that Motion would be due August 14, 2024, and Defendants' reply would be due August 26, 2024.

5. Counsel for both Plaintiffs and Defendants have substantial filings and/or hearings in other matters in the coming weeks. In addition, Plaintiffs' Complaint names as defendants both the Executive Officer of the California Air Resources Board and the Attorney General of California, in their official capacities, which will mean that Defendants' reply will be subject to multiple rounds of review. The Parties have agreed upon a briefing and hearing schedule that attempts to accommodate these constraints. The Parties believe that this schedule will allow them to better present the issues to the Court.

6. Defendants will file their Motion to Dismiss on or before July 31, 2024. *See* ECF No. 49. The Parties request that the Court enter the following schedule:

- Plaintiffs will file their opposition on or before September 11, 2024.
- Defendants will file their reply on or before October 11, 2024.

Dated: July 30, 2024                                           Respectfully submitted,

ROB BONTA
Attorney General of California
MYUNG J. PARK
Supervising Deputy Attorney General

*/s/ M. Elaine Meckenstock*
M. ELAINE MECKENSTOCK
Deputy Attorney General
*Attorneys for Defendants Steven S. Cliff and Rob Bonta, in their official capacities*

2

Stipulation & Ord. to Extend Time for Briefing on Defs.' Motion to Dismiss (2:24-cv-01364-TLN-CKD)

| | |
|---|---|
| | MICHAEL T. HILGERS |
| | Attorney General of Nebraska |
| | |
| | /s/ Eric J. Hamilton (as authorized on 7/29/2024) |
| | ERIC J. HAMILTON (CA 296283) |
| | *Solicitor General* |
| | ZACHARY B. POHLMAN*† |
| | *Assistant Solicitor General* |
| | Nebraska Department of Justice |
| | 2115 State Capitol |
| | Lincoln, Nebraska 68509 |
| | Tel.: (402) 471-2683 |
| | Fax: (402) 471-3297 |
| | eric.hamilton@nebraska.gov |
| | zachary.pohlman@nebraska.gov |
| | |
| | *Counsel for Plaintiffs State of Nebraska, State of Alabama, Arizona State Legislature, State of Georgia, State of Idaho, State of Indiana, State of Iowa, State of Kansas, State of Louisiana, State of Missouri, State of Montana, State of Oklahoma, State of South Carolina, State of Utah, State of West Virginia, and State of Wyoming* |
| | |
| STEVE MARSHALL | ARIZONA STATE LEGISLATURE |
| Attorney General of Alabama | |
| | WARREN PETERSEN |
| ROBERT M. OVERING* | President of the Arizona State Senate |
| *Deputy Solicitor General* | |
| Office of the Attorney General | BEN TOMA |
| State of Alabama | Speaker of the Arizona House of Representatives |
| 501 Washington Avenue | |
| P.O. Box 300152 | JUSTIN D. SMITH* |
| Montgomery, Alabama 36130-0152 | James Otis Law Group, LLC |
| Tel.: (334) 242-7300 | 13321 North Outer Forty Road, Suite 300 |
| Fax: (334) 353-8400 | St. Louis, Missouri 63017 |
| robert.overing@alabamaag.gov | Tel.: (816) 678-2103 |
| | justin.smith@james-otis.com |
| *Counsel for Plaintiff State of Alabama* | |
| | *Counsel for Plaintiff Arizona State Legislature* |

3

Stipulation & Ord. to Extend Time for Briefing on Defs.' Motion to Dismiss (2:24-cv-01364-TLN-CKD)

| | |
|---|---|
| TIM GRIFFIN<br>Attorney General of Arkansas | CHRISTOPHER M. CARR<br>Attorney General of Georgia |
| s/ Nicholas J. Bronni (as authorized on 7/29/2024)<br>NICHOLAS J. BRONNI (CA 243337)<br>*Solicitor General*<br>DYLAN L. JACOBS*<br>*Deputy Solicitor General*<br>Office of the Arkansas Attorney General<br>323 Center Street, Suite 200<br>Little Rock, Arkansas 72201<br>Tel.: (501) 682-2007<br>nicholas.bronni@arkansasag.gov<br>dylan.jacobs@arkansasag.gov<br><br>*Counsel for Plaintiff State of Arkansas* | STEPHEN J. PETRANY*<br>*Solicitor General*<br>Office of the Attorney General<br>40 Capitol Square, SW<br>Atlanta, Georgia 30334<br>Tel.: (404) 458-3408<br>spetrany@law.ga.gov<br><br>*Counsel for Plaintiff State of Georgia* |
| RAÚL R. LABRADOR<br>Attorney General of Idaho<br><br>ALAN M. HURST*<br>*Solicitor General*<br>Office of the Idaho Attorney General<br>P.O. Box 83720<br>Boise, Idaho 83720<br>Tel.: (208) 334-2400<br>alan.hurst@ag.idaho.gov<br><br>*Counsel for Plaintiff State of Idaho* | THEODORE E. ROKITA<br>Attorney General of Indiana<br><br>JAMES A. BARTA*<br>*Solicitor General*<br>Indiana Attorney General's Office<br>IGCS – 5th Floor<br>302 W. Washington St.<br>Indianapolis, Indiana 46204<br>Tel.: (317) 232-0709<br>james.barta@atg.in.gov<br><br>*Counsel for Plaintiff State of Indiana* |

4

Stipulation & Ord. to Extend Time for Briefing on Defs.' Motion to Dismiss (2:24-cv-01364-TLN-CKD)

| | |
|---|---|
| BRENNA BIRD<br>Attorney General of Iowa | KRIS W. KOBACH<br>Attorney General of Kansas |
| ERIC H. WESSAN*<br>*Solicitor General*<br>1305 E. Walnut Street<br>Des Moines, Iowa 50319<br>Tel.: (515) 823-9117<br>Fax: (515) 281-4209<br>eric.wessan@ag.iowa.gov<br><br>*Counsel for Plaintiff State of Iowa* | ABHISHEK S. KAMBLI**<br>*Deputy Attorney General*<br>Office of the Kansas Attorney General<br>Memorial Building, 2nd Floor<br>120 SW 10th Avenue<br>Topeka, Kansas 66612-1597<br>Tel.: (785) 296-7109<br>Fax: (785) 291-3767<br>abhishek.kambli@ag.ks.gov<br><br>*Counsel for Plaintiff State of Kansas* |
| ELIZABETH B. MURRILL<br>Attorney General of Louisiana | ANDREW BAILEY<br>Attorney General of Missouri |
| KELSEY L. SMITH*<br>*Deputy Solicitor General*<br>Louisiana Department of Justice<br>1885 N. Third Street<br>Baton Rouge, Louisiana 70804<br>Tel.: (225) 428-7432<br>smithkel@ag.louisiana.gov<br><br>*Counsel for Plaintiff State of Louisiana* | CALEB RUTLEDGE*<br>*Assistant Attorney General*<br>Attorney General's Office of Missouri<br>Post Office Box 899<br>Jefferson City, Missouri 65102<br>Tel.: (573) 751-0812<br>Fax: (573) 751-0774<br>caleb.rutledge@ago.mo.gov<br><br>*Counsel for Plaintiff State of Missouri* |

5

Stipulation & Ord. to Extend Time for Briefing on Defs.' Motion to Dismiss (2:24-cv-01364-TLN-CKD)

AUSTIN KNUDSEN
Attorney General of Montana

CHRISTIAN B. CORRIGAN**
*Solicitor General*
PETER M. TORSTENSEN, JR.**
*Deputy Solicitor General*
Montana Department of Justice
215 N. Sanders Street
Helena, Montana 59601
christian.corrigan@mt.gov
peter.torstensen@mt.gov

*Counsel for Plaintiff State of Montana*

GENTNER DRUMMOND
Attorney General of Oklahoma

GARRY M. GASKINS, II**
*Solicitor General*
JENNIFER L. LEWIS**
*Deputy Attorney General*
Office of the Attorney General
of Oklahoma
313 NE Twenty-First St.
Oklahoma City, Oklahoma 73105
Tel.: (405) 521-3921
garry.gaskins@oag.ok.gov
jennifer.lewis@oag.ok.gov

*Counsel for Plaintiff State of Oklahoma*

ALAN WILSON
Attorney General of South Carolina

JOSEPH D. SPATE*
*Assistant Deputy Solicitor General*
1000 Assembly Street
Columbia, South Carolina 29201
Tel.: (803) 734-3371
josephspate@scag.gov

*Counsel for Plaintiff State of South Carolina*

SEAN REYES
Attorney General of Utah

STANFORD PURSER**
*Solicitor General*
Office of the Utah Attorney General
160 E. 300 S., 5th Floor
Salt Lake City, Utah 84111
Tel.: (385) 382-4334
spurser@agutah.gov

*Counsel for Plaintiff State of Utah*

6

Stipulation & Ord. to Extend Time for Briefing on Defs.' Motion to Dismiss (2:24-cv-01364-TLN-CKD)

| | |
|---|---|
| PATRICK MORRISEY<br>Attorney General of West Virginia | BRIDGET HILL<br>Attorney General of Wyoming |
| MICHAEL R. WILLIAMS*<br>*Principal Deputy Solicitor General*<br>Office of the Attorney General of West Virginia<br>State Capitol Complex<br>Building 1, Room E-26<br>Charleston, West Virginia 25301<br>Tel.: (304) 558-2021<br>michael.r.williams@wvago.gov<br><br>*Counsel for Plaintiff State of West Virginia* | RYAN SCHELHAAS*<br>*Chief Deputy Attorney General*<br>Office of the Wyoming Attorney General<br>109 State Capitol<br>Cheyenne, Wyoming 82002<br>Tel.: (307) 777-5786<br>ryan.schelhaas@wyo.gov<br><br>*Counsel for Plaintiff State of Wyoming* |

7

Stipulation & Ord. to Extend Time for Briefing on Defs.' Motion to Dismiss (2:24-cv-01364-TLN-CKD)

NATHAN D. CLARK*
JESSICA K. ROBINSON*
Cline Williams Wright Johnson & Oldfather
233 South 13 Street
Suite 1900
Lincoln, Nebraska 68508
Tel.: (402) 474-6900
nclark@clinewilliams.com
jrobinson@clinewilliams.com

/s/ Landon D. Bailey (as authorized on 7/25/2024)
LANDON D. BAILEY (CA 240236)
Bailey PLC
1200 Suncast Lane, Suite 7
El Dorado Hills, California 95762
Tel.: (916) 713-2580
landon@baileyplc.com

*Counsel for Plaintiff Nebraska Trucking Association*

\* Pro hac vice application granted
\*\* Pro hac vice application forthcoming
† Zachary Pohlman represents the State of Nebraska alone.

**ORDER**

Based on the foregoing stipulation of the Parties, and for good cause shown, the Court orders the following schedule for briefing in response to Defendants' Motion to Dismiss (to be filed on or before July 31, 2024):

- Plaintiffs will file their opposition on or before September 11, 2024.
- Defendants will file their reply on or before October 11, 2024.

Dated: July 30, 2024

Troy L. Nunley
United States District Judge

9

Stipulation & Ord. to Extend Time for Briefing on Defs.' Motion to Dismiss (2:24-cv-01364-TLN-CKD)