

# United States District Court
# Eastern District of California

| | |
|---|---|
| State of Nebraska, et al. | Case Number: 2:24-cv-01364-TLN-CKD |
| Plaintiff(s) | |
| V. | |
| Steven S. Cliff, in his official capacity, et al. | APPLICATION FOR PRO HAC VICE AND ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Dylan L. Jacobs hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: State of Arkansas

On 09/09/2016 (date), I was admitted to practice and presently in good standing in the Arkansas Supreme Court (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 12/30/2024     Signature of Applicant: /s/ Dylan L. Jacobs

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Dylan L. Jacobs |
| Law Firm Name: | Arkansas Attorney General's Office |
| Address: | 323 Center St., Suite 200 |
| City: | Little Rock   State: AR   Zip: 72201 |
| Phone Number w/Area Code: | (501) 682-3661 |
| City and State of Residence: | Alexander, AR |
| Primary E-mail Address: | dylan.jacobs@arkansasag.gov |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Eric J. Hamilton |
| Law Firm Name: | Nebraska Department of Justice |
| Address: | 2115 State Capitol |
| City: | Lincoln   State: NE   Zip: 68509 |
| Phone Number w/Area Code: | (402) 471-2683   Bar #: CA 296283 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: January 2, 2025

_[signature]_
JUDGE, U.S. DISTRICT COURT

*Supreme Court*

# State of Arkansas
*Little Rock*

## CERTIFICATE OF GOOD STANDING

State of Arkansas

in the Supreme Court

I, Kyle E. Burton, Clerk of the Supreme Court of Arkansas, do hereby certify that Dylan L. Jacobs was enrolled as an Attorney at Law and Solicitor in Chancery by the Supreme Court of this State on September 9, 2016 and that no disbarment proceedings nor adverse disciplinary actions have been filed against this attorney in this court during the past three year period.

In Testimony Whereof, I hereunto set my hand as Clerk and affix the seal of Said Court this the 26th day of December, 2024.



KYLE E. BURTON
(CLERK)

By _____
Deputy Clerk