1  ERIC J. HAMILTON (CA 296283)
   Nebraska Department of Justice
2  2115 State Capitol
   Lincoln, Nebraska 68509
3  Tel.: (402) 471-2683
   Fax: (402) 471-3297
4
   Counsel for Plaintiff States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| STATE OF NEBRASKA, et al., | 2:24-cv-01364-TLN-CKD |
|---|---|
| Plaintiffs, | **NOTICE OF MOTION and MOTION TO WITHDRAW AS ATTORNEY** |
| v. | Judge:         Hon. Troy Nunley |
| STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board; and ROB BONTA, in his official capacity as the Attorney General of the State of California, | Date:          March 20, 2025<br>Time:          2:00 p.m.<br>Courtroom:  2, 15th Floor<br>Action Filed: May 13, 2024 |
| Defendants. | |

**PLEASE TAKE NOTICE** that on March 20, 2025, or as soon thereafter as the matter may be heard, in Courtroom 2 of the above-titled court located at 501 I Street, Sacramento, California, Eric J. Hamilton would and hereby does respectfully move to withdraw as attorney for Plaintiffs State of Nebraska, State of Alabama, Arizona State Legislature, State of Georgia, State of Idaho, State of Indiana, State of Iowa, State of Kansas, State of Louisiana, State of Missouri, State of Montana, State of Oklahoma, State of South Carolina, State of Utah, State of West Virginia, and State of Wyoming ("Plaintiff States").

In support thereof, Mr. Hamilton states as follows:

1. Mr. Hamilton will depart the Office of the Nebraska Attorney General on January 24, 2025.

2. Plaintiff States, the State of Arkansas, and the Arizona State Legislature will continue to be represented by Beatrice O. Strnad as their local counsel.

3. The State of Nebraska will also continue to be represented by Zachary B. Pohlman.

**WHEREFORE**, Eric J. Hamilton respectfully requests that the Court enter an order permitting Mr. Hamilton to withdraw as attorney of record in this case.

Dated: January 23, 2025                                                      Respectfully submitted.

MICHAEL T. HILGERS
Attorney General of Nebraska

/s/ Eric J. Hamilton
ERIC J. HAMILTON (CA 296283)
*Solicitor General*
Nebraska Department of Justice
2115 State Capitol
Lincoln, Nebraska 68509
Tel.: (402) 471-2683
Fax: (402) 471-3297
eric.hamilton@nebraska.gov

*Counsel for Plaintiffs State of Nebraska, State of Alabama, Arizona State Legislature, State of Georgia, State of Idaho, State of Indiana, State of Iowa, State of Kansas, State of Louisiana, State of Missouri, State of Montana, State of Oklahoma, State of South Carolina, State of Utah, State of West Virginia, and State of Wyoming*

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 23, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of California by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

      /s/ Eric J. Hamilton
      ERIC J. HAMILTON (CA 296283)