

# United States District Court
# Eastern District of California

| State of Nebraska, et al. | 2:24-cv-01364-TLN-CKD |

Plaintiff(s)

V.                           APPLICATION FOR PRO HAC
                             VICE AND ORDER

| Steven S. Cliff, in his official capacity, et al. |

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, James Rodriguez hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff State of Kansas

On _____12 /0/2021_____ (date), I was admitted to practice and presently in good standing in the _____Kansas_____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have [✓] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 01/2 420 25                Signature of Applicant: /s/ _James Rodriguez_

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | James Rodriguez |
| Law Firm Name: | Kansas Office of the Attorney General |
| Address: | 120 SW 10th Ave |
| City: | Topeka    State: KS    Zip: 66612 |
| Phone Number w/Area Code: | (785) 260-3960 |
| City and State of Residence: | Lawrence, KS |
| Primary E-mail Address: | jay.rodriguez@ag.ks.gov |
| Secondary E-mail Address: | jay.rodriguez@ag.ks.gov |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Beatrice O. Strnad |
| Law Firm Name: | Nebraska Department of Justice |
| Address: | 2115 State Capitol |
| City: | Lincoln    State: NE    Zip: 68509 |
| Phone Number w/Area Code: | (402) 471-2683    Bar #: CA 327791 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: January 28, 2025

_____
JUDGE, U.S. DISTRICT COURT