**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**(SACRAMENTO)**

STATE OF NEBRASKA, *et al.*

    Plaintiffs,

    v.                               Civil Action No. 2:24-cv-01364-TLN-CKD

STEVEN S. CLIFF, *et al.*,

    Defendants.

## NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that as soon as this matter may be heard of the above-titled court, Ahbishek S. Kambli, would and hereby does respectfully move to withdraw as attorney for Plaintiff, State of Kansas in this matter.

In support thereof, Mr. Kambli states as follows:

1. Mr. Kambli will depart the Office of the Kansas Attorney General on January 31, 2025.

2. The State of Kansas will continue to be represented by James Rodriguez.

WHEREFORE, Abhishek S. Kambli respectfully requests that the Court enter an order permitting Mr. Kambli to withdraw as attorney of record for State of Kansas.

1

        Respectfully Submitted,

        KRIS W. KOBACH
        Attorney General

        */s/ Abhishek S. Kambli*
        Abhishek S. Kambli, 29788
        **Deputy Attorney General**
        Memorial Building, 2nd Floor
        120 SW 10th Avenue
        Topeka, Kansas 66612-1597
        Phone: (785) 296-7109
        Fax: (785) 291-3767
        Email: abhishek.kambli@ag.ks.gov

## CERTIFICATE OF SERVICE

This is to certify that on this 30th day of January, 2025, the above and foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, and a notice of electronic filing was sent via CM/ECF to all counsel of record.

        */s/ Abhishek S. Kambli*
        Abhishek S. Kambli, 29788

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
(SACRAMENTO)

STATE OF NEBRASKA, *et al.*

    Plaintiffs,

v.                                                   Civil Action No. 2:24-cv-01364-TLN-CKD

STEVEN S. CLIFF, *et al.*,

    Defendants.

## (PROPOSED) ORDER ON MOTION TO WITHDRAW AS ATTORNEY

This cause is before the Court on the motion to withdraw as attorney Ahbishek S. Kambli as counsel for Plaintiff State of Kansas. The motion to withdraw as attorney is hereby GRANTED.

IT IS SO ORDERED.

Dated: _____

                                                                     HON. TROY L. NUNLEY
                                                                    UNITED STATES DISTRICT JUDGE