AUSTIN KNUDSEN
Montana Attorney General
CHRISTIAN B. CORRIGAN
Solicitor General
PETER M. TORSTENSEN, JR.
Deputy Solicitor General
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
Phone:  406-444-2026
Fax:  406-444-3549
christian.corrigan@mt.gov
peter.torstensen@mt.gov

COUNSEL FOR PLAINTIFF STATE OF MONTANA

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| STATE OF NEBRASKA, et al.,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board; and ROB BONTA, in his official capacity as the Attorney General of the State of California,<br><br>    *Defendants*. | Civil Action No. 2:24-cv-01364-TLN-CKD<br><br>**Motion to Withdraw as Counsel**<br><br>Judge:  Hon. Troy Nunley<br>Trial Date: Not Set<br>Action Filed: May 13, 2024 |

    Plaintiff State of Montana hereby files this motion to withdraw Peter M. Torstensen, Jr. as counsel for the State of Montana in this matter.  Mr. Torstensen has left employment  with the Office of the Montana Attorney General to begin

service with the United States Department of Justice. The State of Montana will continue to be represented by Christian B. Corrigan who has been admitted *pro hac vice.*

          Respectfully Submitted,

          Christian B. Corrigan
          *Solicitor General*
          State of Montana – Department of Justice
          215 North Sanders
          P.O. Box 201401
          Helena, MT 59620-1401
          Phone: 406.444.2026
          christian.corrigan@mt.gov