

# United States District Court
# Eastern District of California

State of Nebraska, et al.

Plaintiff(s)

V.

Steven S. Cliff, in his official capacity, et al.

Defendant(s)

Case Number: 2:24-cv-01364-TLN-CKD

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Michael A. Zarain hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

State of Idaho

On 03/11/2024 (date), I was admitted to practice and presently in good standing in the Idaho Supreme Court (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 01/27/2026          Signature of Applicant: /s/ Michael A. Zarian

**Pro Hac Vice Attorney**

Applicant's Name: Michael A. Zarain

Law Firm Name: Office of the Idaho Attorney General

Address: 700 W. Jefferson St.

P.O. Box 83720

City: Boise    State: ID    Zip: 83720

Phone Number w/Area Code: (208) 947-8773

City and State of Residence: Boise, ID

Primary E-mail Address: michael.zarian@ag.idaho.gov

Secondary E-mail Address: isaac.considine@ag.idaho.gov

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Beatrice O. Strnad

Law Firm Name: Nebraska Department of Justice

Address: 2115 State Capitol

City: Lincoln    State: NE    Zip: 68509

Phone Number w/Area Code: (402) 471-2683    Bar # CA 327791

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: January 29, 2026

_____
JUDGE, U.S. DISTRICT COURT