ZACHARY B. POHLMAN*
BEATRICE O. STRNAD (CA 327791)
Nebraska Department of Justice
2115 State Capitol
Lincoln, Nebraska 68509
Tel.: (402) 471-2683
Fax: (402) 471-3297
zachary.pohlman@nebraska.gov
beatrice.strnad@nebraska.gov
*Pro hac vice application granted

Counsel for Plaintiff State of Nebraska

Additional counsel listed in signature block

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| **STATE OF NEBRASKA, et al.,** | Case No.: 2:24-cv-01364-TLN-CKD |
| Plaintiffs, | **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR INJUNCTION TO ENFORCE STIPULATION AND ORDER, OR IN THE ALTERNATIVE, FOR ORDER TO SHOW CAUSE** |
| v. | |
| **STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board; and ROB BONTA, in his official capacity as the Attorney General of the State of California,** | Judge:        Hon. Troy Nunley
Date:         May 14, 2026
Time:         2:00 PM
Courtroom:  2, 15th Floor
Action Filed:  May 13, 2024 |
| Defendants. | Trial Date:    Not set / Abeyance |

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

YOU ARE HEREBY GIVEN NOTICE that on May 14, 2026, at 2 p.m. PDT, or as soon thereafter as this matter may be heard, Plaintiffs State of Nebraska et al. will and hereby do respectfully move the Court for an injunction to enforce the Court's Stipulation and Order entered on May 5, 2025, or in the alternative, for an order to show cause why Defendants are not violating that Stipulation and Order. *See* ECF 95. This Court ordered Defendants not to enforce Advanced Clean Fleets' model year 2036 zero-emissions requirement. ECF 95, ¶ 3. Defendants have sued truck manufacturers in Alameda County Superior Court in what is "clearly an attempt to enforce

. . . the model year 2036 zero-emissions requirement." *Daimler Truck N. Am. LLC v. Cal. Air Res. Bd.*, No. 2:25-cv-02255-DC-AC, 2025 WL 3049944, *17 (E.D. Cal. Oct. 31, 2025). Therefore, Defendants' state-court lawsuit violates this Court's order. Plaintiffs move the Court for an order enjoining further prosecution of the state-court lawsuit and requiring Defendants to dismiss it.

Per the Court's Civil Standing Order, this Motion follows a good-faith meet and confer at which the issues where thoroughly discussed. The Parties conducted the meet and confer via a Zoom call on Thursday, April 2, 2026. *See* Pohlman Decl. ¶¶ 13–14.

This Motion is based on this Notice and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Zachary B. Pohlman, the files and records in this action, and any other or further evidence or argument the Court may properly receive at or before the hearing.

Dated: April 3, 2026                                   Respectfully submitted.

MICHAEL T. HILGERS
Attorney General of Nebraska

/s/ Zachary B. Pohlman
ZACHARY B. POHLMAN*†
*Deputy Solicitor General*
/s/ Beatrice O. Strnad (as authorized on 4/3/2026)
BEATRICE O. STRNAD (CA 327791)
*Assistant Attorney General*
Nebraska Department of Justice
2115 State Capitol
Lincoln, Nebraska 68509
Tel.: (402) 471-2683
Fax: (402) 471-3297
zachary.pohlman@nebraska.gov
bebe.strnad@nebraska.gov

*Counsel for Plaintiffs State of Nebraska, State of Alabama, Arizona State Legislature, State of Arkansas, State of Georgia, State of Idaho, State of Indiana, State of Iowa, State of Kansas, State of Louisiana, State of Missouri, State of Montana, State of Oklahoma, State of South Carolina, State of Utah, State of West Virginia, and State of Wyoming*

STEVE MARSHALL
Attorney General of Alabama

ROBERT M. OVERING*
*Deputy Solicitor General*
Office of the Attorney General
State of Alabama
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Tel.: (334) 242-7300
Fax: (334) 353-8400
robert.overing@alabamaag.gov

*Counsel for Plaintiff State of Alabama*

TIM GRIFFIN
Attorney General of Arkansas

AUTUMN HAMIT PATTERSON*
*Solicitor General*
Office of the Arkansas Attorney General
101 West Capitol Avenue
Little Rock, Arkansas 72201
Tel.: (501) 682-2007
autumn.patterson@arkansasag.gov

*Counsel for Plaintiff State of Arkansas*

ARIZONA STATE LEGISLATURE

WARREN PETERSEN
President of the Arizona State Senate

STEVE MONTENEGRO
Speaker of the Arizona House of Representatives

JUSTIN D. SMITH*
James Otis Law Group, LLC
530 Maryville Centre Drive, Suite 230
St. Louis, Missouri 63141
Tel.: (816) 678-2103
justin.smith@james-otis.com

*Counsel for Plaintiff Arizona State Legislature*

CHRISTOPHER M. CARR
Attorney General of Georgia

JOHN HENRY THOMPSON*
*Solicitor General*
Office of the Attorney General
40 Capitol Square, SW
Atlanta, Georgia 30334
Tel.: (404) 458-3373
jhthompson@law.ga.gov

*Counsel for Plaintiff State of Georgia*

RAÚL R. LABRADOR
Attorney General of Idaho

MICHAEL ZARIAN*
*Solicitor General*
Office of the Idaho Attorney General
P.O. Box 83720
Boise, Idaho 83720
Tel.: (208) 334-2400
michael.zarian@ag.idaho.gov

*Counsel for Plaintiff State of Idaho*

BRENNA BIRD
Attorney General of Iowa

ERIC H. WESSAN*
*Solicitor General*
1305 E. Walnut Street
Des Moines, Iowa 50319
Tel.: (515) 823-9117
Fax: (515) 281-4209
eric.wessan@ag.iowa.gov

*Counsel for Plaintiff State of Iowa*

THEODORE E. ROKITA
Attorney General of Indiana

JAMES A. BARTA*
*Solicitor General*
Indiana Attorney General's Office
IGCS – 5th Floor
302 W. Washington St.
Indianapolis, Indiana 46204
Tel.: (317) 232-0709
james.barta@atg.in.gov

*Counsel for Plaintiff State of Indiana*

KRIS W. KOBACH
Attorney General of Kansas

JAMES RODRIGUEZ*
*Assistant Attorney General*
Office of the Kansas Attorney General
Memorial Building, 2nd Floor
120 SW 10th Avenue
Topeka, Kansas 66612-1597
Tel.: (785) 296-3960
Fax: (785) 291-3767
jay.rodriguez@ag.ks.gov

*Counsel for Plaintiff State of Kansas*

ELIZABETH B. MURRILL
Attorney General of Louisiana

KELSEY L. SMITH*
*Deputy Solicitor General*
Louisiana Department of Justice
1885 N. Third Street
Baton Rouge, Louisiana 70804
Tel.: (225) 428-7432
smithkel@ag.louisiana.gov

*Counsel for Plaintiff State of Louisiana*

AUSTIN KNUDSEN
Attorney General of Montana

CHRISTIAN B. CORRIGAN*
*Solicitor General*
Montana Department of Justice
215 N. Sanders
Helena, Montana 59601
christian.corrigan@mt.gov

*Counsel for Plaintiff State of Montana*

CATHERINE HANAWAY
Attorney General of Missouri

SAMUEL C. FREEDLUND*
*Deputy Solicitor General*
Attorney General's Office of Missouri
Post Office Box 899
Jefferson City, Missouri 65102
Tel.: (573) 751-0812
Fax: (573) 751-0774
samuel.freedlund@ago.mo.gov

*Counsel for Plaintiff State of Missouri*

GENTNER DRUMMOND
Attorney General of Oklahoma

GARRY M. GASKINS, II*
*Solicitor General*
JENNIFER L. LEWIS*
*Deputy Attorney General*
Office of the Attorney General
of Oklahoma
313 NE Twenty-First St.
Oklahoma City, Oklahoma 73105
Tel.: (405) 521-3921
garry.gaskins@oag.ok.gov
jennifer.lewis@oag.ok.gov

*Counsel for Plaintiff State of Oklahoma*

ALAN WILSON
Attorney General of South Carolina

JOSEPH D. SPATE*
*Deputy Solicitor General*
1000 Assembly Street
Columbia, South Carolina 29201
Tel.: (803) 734-3371
josephspate@scag.gov

*Counsel for Plaintiff State of South Carolina*

JOHN B. MCCUSKEY
Attorney General of West Virginia

MICHAEL R. WILLIAMS*
*Solicitor General*
Office of the Attorney General of West Virginia
State Capitol Complex
Building 1, Room E-26
Charleston, West Virginia 25301
Tel.: (304) 558-2021
michael.r.williams@wvago.gov

*Counsel for Plaintiff State of West Virginia*

DEREK BROWN
Attorney General of Utah

STANFORD PURSER*
*Solicitor General*
Office of the Utah Attorney General
160 E. 300 S., 5th Floor
Salt Lake City, Utah 84111
Tel.: (385) 382-4334
spurser@agutah.gov

*Counsel for Plaintiff State of Utah*

KEITH G. KAUTZ
Attorney General of Wyoming

RYAN SCHELHAAS*
*Chief Deputy Attorney General*
Office of the Wyoming Attorney General
109 State Capitol
Cheyenne, Wyoming 82002
Tel.: (307) 777-5786
ryan.schelhaas@wyo.gov

*Counsel for Plaintiff State of Wyoming*

/s/ Nathan D. Clark (as authorized on 4/3/2026)

NATHAN D. CLARK*
JESSICA K. ROBINSON*
Cline Williams Wright Johnson & Oldfather
233 South 13 Street
Suite 1900
Lincoln, Nebraska 68508
Tel.: (402) 474-6900
nclark@clinewilliams.com
jrobinson@clinewilliams.com

LANDON D. BAILEY (CA 240236)
Bailey PLC
1200 Suncast Lane, Suite 7
El Dorado Hills, California 95762
Tel.: (916) 713-2580
landon@baileyplc.com

*Counsel for Plaintiff Nebraska Trucking Association*

* Pro hac vice application granted
† Zachary Pohlman represents the State of Nebraska alone