ROB BONTA, State Bar No. 202668
Attorney General of California
MYUNG J. PARK, State Bar No. 210866
Supervising Deputy Attorney General
BENJAMIN P. LEMPERT, State Bar No. 344239
DAVID M. MEEKER, State Bar No. 273814
JONATHAN A. WIENER, State Bar No. 265006
M. ELAINE MECKENSTOCK, State Bar No. 268861
Deputy Attorney General
 1515 Clay Street, 20th Floor
 Oakland, CA  94612-0550
 Telephone:  (510) 879-0299
 Fax:  (510) 622-2270
 E-mail:  Elaine.Meckenstock@doj.ca.gov
*Attorneys for Defendants Steven S. Cliff and Rob
Bonta, in their official capacities*

ZACHARY B. POHLMAN*
Deputy Solicitor General
Nebraska Department of Justice
2115 State Capitol
Lincoln, Nebraska 68509
Tel.: (402) 471-2683
Fax: (402) 471-3297

*Pro hac vice application granted
*Counsel for Plaintiff State of Nebraska*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

**STATE OF NEBRASKA, et al.,**

Plaintiffs,

v.

**STEVEN S. CLIFF, in his official capacity
as the Executive Officer of the California
Air Resources Board; and ROB BONTA, in
his official capacity as the Attorney General
of the State of California,**

Defendants.

2:24-cv-01364-TLN-CKD

**JOINT STIPULATION EXTENDING
BRIEFING DEADLINES FOR
PLAINTIFFS' MOTION TO ENFORCE,
ECF 106, AND [PROPOSED] ORDER**

Judge:        The Honorable Troy L. Nunley
Trial Date:    Not Set
Hearing Date: May 14, 2026
Action Filed:  May 13, 2024

1

Pursuant to Civil Local Rule 144, and this Court's Standing Orders, Defendants STEVEN S. CLIFF and ROB BONTA, in their official capacities, and Plaintiffs STATE OF NEBRASKA, et al.,[1] acting by and through their respective counsel, stipulate and respectfully submit as follows:

**RECITALS**

WHEREAS, on May 13, 2024, Plaintiffs commenced this action challenging certain requirements of the Advanced Clean Fleets regulation, ECF 1;

WHEREAS, on May 2, 2025, the Parties submitted a stipulation and proposed order agreeing, *inter alia*, that the case should be held in abeyance, ECF 94;

WHEREAS, on May 5, 2025, this Court signed the stipulation and order, ECF 95;

WHEREAS, Plaintiffs moved for an injunction to enforce the stipulation and order on April 3, 2026, ECF 106;

WHEREAS, Plaintiffs noticed this motion for hearing on May 14, 2026, ECF 106;

WHEREAS, per Local Rule 230(b), Defendants' deadline to oppose the motion is presently April 17, 2026;

WHEREAS, Plaintiffs have agreed to extend Defendants' deadline to oppose by one week, until April 24, 2026, because Defendants' lead counsel is unavailable due to a personal emergency;

WHEREAS, Defendants have also agreed to extend Plaintiffs' time to reply by one week, such that Plaintiffs' deadline would be May 11, 2026, rather than May 4, 2026;

WHEREAS, the Parties have not previously asked this Court to extend any deadlines in connection with Plaintiffs' motion;

THEREFORE, IT IS HEREBY STIPULATED among the Parties, through their respective counsel, as follows:

1.    Defendants will file their opposition to Plaintiffs' motion no later than April 24, 2026.

2.    Plaintiffs will file any reply in support of their motion no later than May 11, 2026.

---

[1] Plaintiffs are the States of Nebraska, Alabama, Arkansas, Georgia, Idaho, Indiana, Iowa, Kansas, Louisiana, Missouri, Montana, Oklahoma, South Carolina, Utah, West Virginia, and Wyoming, the Arizona State Legislature, and the Nebraska Trucking Association.

Dated:  April 14, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
MYUNG J. PARK
Supervising Deputy Attorney General


*/s/ Benjamin P. Lempert*
BENJAMIN P. LEMPERT
Deputy Attorney General
*Attorneys for Defendants Steven S. Cliff and
Rob Bonta, in their official capacities*


Dated:  April 14, 2026

*/s/ Zachary B. Pohlman*
ZACHARY B. POHLMAN*
Deputy Solicitor General
*Pro hac vice application granted
*Counsel for Plaintiff State of Nebraska*
(as authorized on April 14, 2026 for all
Plaintiffs)

Joint Stipulation and Prop. Order Extending Briefing Deadlines Re: Motion to Enforce (2:24-cv-01364-TLN-CKD)

# [PROPOSED] ORDER

Based on the foregoing stipulation of the parties, and for good cause shown, the Court sets the following deadlines:

1.    Defendants' deadline to oppose Plaintiffs' motion, ECF 106, is extended until April 24, 2026; and

2.    Plaintiffs' deadline to reply in support of their motion is extended until May 11, 2026.

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable Troy L. Nunley
U.S. District Court Judge

Joint Stipulation and Prop. Order Extending Briefing Deadlines Re: Motion to Enforce (2:24-cv-01364-TLN-CKD)