

# United States District Court
# Eastern District of California

State of Nebraska, et al.

Plaintiff(s)

V.

Steven S. Cli ff i nhi soffi ċ alcapacity, et al.

Defendant(s)

Case Number: 2:24-cv-01364

APPLICATION FOR PRO HAC
VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Alex R. Buttram _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:
State of Mi ssouri

On _____ 06/18/2025 _____ (date), I was admitted to practice and presently in good standing in the
_____ Supreme Court of Mi ssouri _____ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date: _____ 04/27/2026 _____     Signature of Applicant: /s/ Alex R. Buttram _____

**Pro Hac Vice Attorney**

Applicant's Name: Alex R. Buttram

Law Firm Name: Office of Missouri Attorney General

Address: 815 Olive Street, Suite #200

City: St. Louis          State: MO     Zip: 63101

Phone Number w/Area Code: (314) 340-4754

City and State of Residence: St. Louis, Missouri

Primary E-mail Address: Alex.Buttram@ago.mo.gov

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Beatrice Strnad

Law Firm Name: Nebraska Department of Justice

Address: 2115 State Capitol

City: Lincoln          State: NE     Zip: 68509

Phone Number w/Area Code: (402) 471-2811          Bar # CA 327791

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: April 30, 2026

Troy L. Nunley
Chief United States District Judge