UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | | |
|---|---|---|
| STATE OF NEBRASKA, *et al.*, | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| -vs- | ) | No. 2:24-cv-01364-TLN-CKD |
| | ) | |
| STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board, *et al.*, | ) ) ) ) | |
| | ) | |
| *Defendants*. | ) | |

## MOTION TO WITHDRAW AS COUNSEL

The State of Missouri hereby moves to withdraw Caleb Rutledge as counsel for the State of Missouri in the above-captioned case. The undersigned counsel requests leave to withdraw as he has taken a different position within the Office of the Missouri Attorney General and no longer works in the division handling this case.  No party will be prejudiced as the State of Missouri will continue to be represented by Alex Buttram.

WHEREFORE, counsel prays this Court grant this Motion to Withdraw as Counsel of Record.

Dated:  May 4, 2026          Respectfully submitted,

CATHERINE L. HANAWAY
Attorney General

/s/ Caleb Rutledge
Caleb Rutledge, #74820
*Assistant Attorney General*
Attorney General's Office of Missouri
Post Office Box 899
Jefferson City, MO 65102
Tel: (573) 751-0812
Fax: (573) 751-0774
Email:  Caleb.Rutledge@ago.mo.gov

CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2026 the foregoing Motion to Withdraw was filed electronically through the Court's electronic filing system to be served electronically on counsel for all parties.

/s/ Caleb Rutledge

2