Daniel Carter (admitted *pro hac vice*)
JAMES OTIS LAW GROUP, LLC
530 Maryville Centre Drive, Suite 230
St. Louis, Missouri 63141
Telephone: (314) 949-3018
E-mail: daniel.carter@james-otis.com
*Counsel for Plaintiff Arizona State Legislature*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **STATE OF NEBRASKA, et al.,**<br>Plaintiffs,<br>**v.**<br>**STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board; and ROB BONTA, in his official capacity as the Attorney General of the State of California,**<br>Defendants. | 2:24-cv-01364-TLN-CKD<br>**PLAINTIFF ARIZONA STATE LEGISLATURE'S NOTICE OF VOLUNTARY DISMISSAL**<br>Judge: The Honorable Troy L. Nunley<br>Trial Date: Not Set<br>Action Filed: May 13, 2024 |

PLEASE TAKE NOTICE that the Arizona State Legislature withdraws its participation in Plaintiffs' Motion for Injunction to Enforce Stipulation and Order, or, in the Alternative, for Order to Show Cause (ECF 106). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Arizona State Legislature voluntarily dismisses all of its claims against all Defendants in this action.

Dated: November 11, 2026

Respectfully submitted,

ARIZONA STATE LEGISLATURE

WARREN PETERSEN
President of the Arizona Senate

STEVE MONTENEGRO
Speaker of the Arizona House of Representatives

/s/ Daniel Carter
Daniel Carter
JAMES OTIS LAW GROUP, LLC
*Counsel for Plaintiff*
*Arizona State Legislature*